Action for negligent injury to automobile in collision. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Jos. W. Schulman, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924. Rehearing denied October 17, 1924.

R. W. Marrow, for appellant. C. W. Martyn and A. L. Green, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Clara C. Kirk and William P. Sidley, trustees under the last will and testament of James Alexander Kirk, deceased, complainants, v. Gertrude Metzerott et al., defendants. Janet Virginia Kirk et al., appellants. Gen. No. 28,907.

Bill to construe will and determine validity of trust thereby created. Decree of invalidity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed October 20, 1924. Supplemental opinion filed November 10, 1924.

Frederic Ullman, guardian ad litem, for appellants. Walter D. Hawk and Samuel S. Holmes, for Willing D. Kirk, appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Clara C. Kirk and William P. Sidley, trustees under the last will and testament of James Alexander Kirk, deceased, complainants, v. Gertrude Metzerott et al., defendants. Clara C. Kirk individually, appellant. Gen. No. 28,908.

Bill to construe will and determine validity of trust thereby created. Decree of invalidity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed October 20, 1924.

William D. Bangs, for appellant; William D. Bangs and Edward D. McDougal, Jr., of counsel. Walter D. Hawk and Samuel S. Holmes, for Willing D. Kirk, appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Milton Schmalz, plaintiff in error. Gen. No. 29,097.

Conviction of assault. Error to the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed. Opinion filed October 20, 1924.

George M. Bagby, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Lazurs Levin, appellee, v. Fort Dearborn Casualty Underwriters, appellant. Gen. No. 29,123.

Action upon policy of automobile insurance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wil-